**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

      I, Walter Jones, Jr., an attorney, certify that I shall cause to be served a copy of **Appearance on behalf of Defendant,** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 9, 2008 before 5:00 p.m.

| | |
|---|---|
| ☐ CM/ECF | *Counsel for Plaintiff* |
| ☒ Facsimile/ 2 Pages | Nicholas A. Caputo |
| ☐ Federal Express | Daniel P. Jackson |
| ☒ U.S. Mail | Gloor Law Group, LLC |
| ☐ Messenger | 225 W. Wacker Drive, Suite 1700 |
| | Chicago, IL 60606 |
| | (312) 752-3700 |
| | (312) 752-3701 fax |
| | |
| | Sheila M. Bossier |
| | Bossier & Associates, PLLC |
| | 1520 North State Street |
| | Jackson, MS 39202 |
| | (601) 352-5450 |
| | (601) 352-5452 fax |

                                                     s/Walter Jones, Jr.