# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOROTHY TULEY, individually and as Special Administrator of the Estate of Noah Tuley, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, INC.,<br><br>    Defendant. | Case No.  08 C 1983<br><br>Judge John A. Nordberg<br>Magistrate Judge Jeffrey Cole |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

                                        Respectfully submitted,

                                        SmithKline Beecham Corporation, d/b/a
                                        GlaxoSmithKline

                                        By: s/Eric F. Quandt
                                             One of Its Attorneys

Eric F. Quandt (ARDC No. 2267519)
Walter Jones, Jr. (ARDC No. 1365665)
John M. Broderick (ARDC No. 6255668)
PUGH, JONES, JOHNSON & QUANDT, P.C.
180 N. LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800

## CERTIFICATE OF SERVICE

I, Eric F. Quandt, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT,** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 9, 2008 before 5:00 p.m.

| | |
|---|---|
| ☐ CM/ECF | *Counsel for Plaintiff* |
| ☒ Facsimile/2 Pages | Nicholas A. Caputo |
| ☐ Federal Express | Daniel P. Jackson |
| ☒ U.S. Mail | Gloor Law Group, LLC |
| ☐ Messenger | 225 W. Wacker Drive, Suite 1700 |
| | Chicago, IL 60606 |
| | (312) 752-3700 |
| | (312) 752-3701 fax |
| | |
| | Sheila M. Bossier |
| | Bossier & Associates, PLLC |
| | 1520 North State Street |
| | Jackson, MS 39202 |
| | (601) 352-5450 |
| | (601) 352-5452 fax |

                                                s/Eric F. Quandt