UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY TULEY, individually and as Special Administrator of the Estate of Noah Tuley, Deceased,<br><br>    Plaintiff,<br>v.<br><br>SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, INC.,<br><br>    Defendant. | Case No.  08 C 1983<br><br>Judge John A. Nordberg<br>Magistrate Judge Jeffrey Cole |

NOTICE OF MOTION

To:    See Attached Certificate of Service

On **Thursday, April 17, 2008**, **at 2:30 p.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John A. Nordberg, or whomever may be sitting in his stead, in Room 1801 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

Dated: April 9, 2008

                                        Respectfully submitted,

                                        SMITHKLINE BEECHAM CORP., d/b/a
                                        GLAXOSMITHKLINE

                                        By:  s/Eric F. Quandt
                                            One of Its Attorneys


Eric F. Quandt (ARDC No. 2267519)
Walter Jones, Jr. (ARDC No. 1365665)
John M. Broderick (ARDC No. 6255668)
PUGH, JONES, JOHNSON & QUANDT, P.C.
180 N. LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800

**CERTIFICATE OF SERVICE**

      I, Eric F. Quandt, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S NOTICE OF MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 9, 2008 before 5:00 p.m.

| | | |
|---|---|---|
| ☐ | CM/ECF | *Counsel for Plaintiff* |
| ☒ | Facsimile/ 2 Pages | Nicholas A. Caputo |
| ☐ | Federal Express | Daniel P. Jackson |
| ☒ | U.S. Mail | Gloor Law Group, LLC |
| ☐ | Messenger | 225 W. Wacker Drive, Suite 1700 |
| | | Chicago, IL 60606 |
| | | (312) 752-3700 |
| | | (312) 752-3701 fax |

                                           Sheila M. Bossier
                                           Bossier & Associates, PLLC
                                           1520 North State Street
                                           Jackson, MS 39202
                                           (601) 352-5450
                                           (601) 352-5452 fax

                                           s/Eric F. Quandt