**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 1983 |

DOROTHY TULEY, Special Administrator of the Estate of
NOAH TULEY, Deceased,            Plaintiff,
                  v.
SMITHKLINE BEECHAM CORP. d/b/a
GLAXOSMITHKLINE, INC.,    Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DOROTHY TULEY, Special Administrator of the Estate of NOAH TULEY, Deceased

| |
|---|
| NAME (Type or print) |
| Nicholas A. Caputo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Nicholas A. Caputo |
| FIRM |
| GLOOR LAW GROUP, LLC |
| STREET ADDRESS |
| 225 W. Wacker Dr., Suite 1700 |
| CITY/STATE/ZIP |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204340 | 312-752-3700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐