30435/NAC/1063

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

DOROTHY TULEY, Special Administrator of the )
Estate of NOAH TULEY, Deceased,                    )
                                        Plaintiff,      )          Case No. 08 CV 1983
          vs.                                          )
                                                       )          Judge JOHN A. NORDBERG
SMITHKLINE BEECHAM CORP., d/b/a            )          Magistrate Judge JEFFREY
GLAXOSMITHKLINE, INC.,                         )          COLE
                                        Defendant.     )

### CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

          The undersigned certifies that on April 16, 2008, the following described document were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

| | |
|---|---|
| DOCUMENT DESCRIPTION: | **Appearance of Nicholas A. Caputo**, on behalf of Plaintiff, Dorothy Tuley, Special Administrator of the Estate of Noah Tuley, Deceased |
| ADDRESSED AS FOLLOWS: | **Via email delivery to:** |

**Notice has been delivered by U.S. mail to:**

Sheila M. Bossier
Bossier & Associates, PLLC
1520 N. State St.
Jackson, MS  39202

Eric F. Quandt
Pugh, Jones, Johnson & Quandt, PC
equandt@pjjq.com

Walter Jones, Jr.
Pugh, Jones, Johnson & Quandt, PC
wjones@pjjq.com

John Broderick
Pugh, Jones, Johnson & Quandt, PC
jbroderick@pjjq.com

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

ARDC #:  6204340                                      s/ Gwynne Noble
Nicholas A. Caputo
GLOOR LAW GROUP, LLC
225 W. Wacker Drive, Suite 1700
Chicago, IL  60606                                    6840006 NAC:gn