

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**  
**CLERK**

**OFFICE OF THE CLERK**  
**(312) 435-5691**

May 28, 2008

Pennsylvania Eastern District Court  
2609 James A. Byrne  
 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106-1797

RE: Tuley et al v. SmithKline Beecham Corp.  
Case No:08cv1983

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on May 9, 2008. Enclosed is a certified copy of the MDL transfer order and docket sheet.

■   was electronically transmitted to Eastern District of Pennsylvania.

Please acknowledge receipt on the enclosed copy of this letter.

            Sincerely yours,

            Michael W. Dobbins, Clerk

            By:     Kinielle Johnson

Enclosures

New Case No. _____   Date _____